## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 22 MAL 2015
:
              Respondent     :
                             : Petition for Allowance of Appeal from the
                             : Order of the Superior Court
         v.                :
:
:
:
JAMES F. WARD,              :
:
              Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.